UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CR-248 ZMB |
| | ) | |
| BRIAN DITCH, | ) | |
| | ) | |
| Defendant. | ) | |

**SENTENCING MEMORANDUM**

Defendant Brian Ditch, through Assistant Federal Defender Kevin Gau, hereby gives notice he will be praying for a **sentence of 145 months**.  This sentence represents the top end of the United States Sentencing Commission guidelines range of 121 to 145 months (Doc. 41, Presentence Investigation Report "PSR", ¶ 106).

Brian Ditch wishes to state he is deeply ashamed of taking advantage of his uncle, Thomas Clubb, and using the monies denominated for his uncle's care, and doing so for so many years.  He is sorry not just because he faces more than a decade in prison, but because he knows what care he provided for Mr. Clubb over the years became inadequate to the task and dishonored Mr. Clubb's service to his country.  Brian Ditch wishes he could undo his choices in this case.  He regrets he did not turn for help soon after he began caring for Mr. Clubb, such as hiring someone to help with the daily and necessarily burdensome tasks of assisting with personal hygiene, with meals, with movement, and providing emotional support for Mr. Clubb.  He knows he failed in his care for his uncle, and that he cannot turn back time.  Brian Ditch can only now pray that his and Mr. Clubb's family members will find some solace in the sentence he is to receive and that, in time, he can earn forgiveness by shouldering the punishment he must now endure.

Beyond Brian Ditch's genuine remorse, and tracking the sentencing analysis commanded

by 18 U.S.C. § 3553(a), undersigned counsel reminds the Court Mr. Ditch had a difficult childhood: His father was wholly absent, and his mother had a history of substance abuse, subjected him to an unstable living situation, and her male partners were very abusive to him.  Worse still, during this period he was also sexually abused.  This marred boyhood inevitably led him to use drugs and alcohol at a very young age (alcohol at age 6), and has also led to a lifetime of deep private depression and anxiety.

WHEREFORE, for these foregoing reasons and as may be further argued at sentencing, Mr. Ditch prays for a sentence of 145 months.

Respectfully submitted,

/s/ Kevin B. Gau
KEVIN B. GAU #51595MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Gau@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system Derek J. Wiseman, Assistant United States Attorney.

/s/ Kevin B. Gau
KEVIN B. GAU
Assistant Federal Public Defender